THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: Frome Realty Fund-Alpha, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Jinkins,<br><br>          Plaintiff,<br><br>     vs.<br><br>Frome Realty Fund-Alpha, LLC, a California Limited Liability Company; and Does 1-0,<br><br>          Defendants. | Case No. 5:16-cv-02461-SJO-DTB<br><br>OFFER FOR JUDGMENT |

TO PLAINTIFF Jeff Jinkins AND THEIR ATTORNEY OF RECORD:

    Defendant Frome Realty Fund-Alpha, LLC, a California Limited Liability Company ("Defendant") hereby offers to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

    Judgment entered in the amount of $8,000 in favor of Plaintiff and against Defendant Frome Realty Fund-Alpha, LLC, a California Limited Liability Company. Said amount of $8,000 is inclusive of damages, penalties, statutory damages, interest, Plaintiff's attorney's fees and Plaintiff's costs.

1     In addition, Defendant Frome Realty Fund-Alpha, LLC, a California Limited Liability Company additionally hereby offers to allow a court order and injunction in favor of Plaintiff and against Defendant Frome Realty Fund-Alpha, LLC, a California Limited Liability Company directing that the within 90 days from the date this offer is accepted, that Defendant Frome Realty Fund-Alpha, LLC, a California Limited Liability Company shall stripe and sign designated accessible parking at the center located at 26499 Jefferson Ave., Murrieta, California ("Subject Property"), all in compliance with the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations.

    This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages.  This offer of judgment is intended to resolve all of Plaintiff's claims against all Defendants in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit.

    If Plaintiff does not accept this offer, he may become obligated to pay Defendant's costs incurred after the making of this offer.

    To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer being served.

DATED: February 27, 2017     **THE KARLIN LAW FIRM LLP**

By: _/s/ David E. Karlin_
    David E. Karlin, Esq.
    Attorneys for Defendant, Frome Realty Fund-Alpha, LLC, a California Limited Liability Company